# THE KASEN LAW FIRM, PLLC
ATTORNEYS AT LAW

LAWRENCE M. KASEN, Member*
JANET BASTAWROS,
JUSTIN L. HEIFERMAN**

* ADMITTED IN N.Y. AND S.C.
**ADMITTED IN N.Y. AND N.J.

September 18, 2013

**VIA ELECTRONIC [lhg_orders@njd.uscourts.gov] AND U.S. MAIL**
Honorable Frederic Block, U.S.D.J.
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   Feng Luo, et al. v. Xiao Du Hui Cuisine Inc., et al.
      Civil Action No. cv13-3703

Dear Judge Block:

I represent Defendants in the above-captioned matter. This letter to the Court is on behalf of both parties.

After extensive negotiations, Plaintiffs and Defendants have reached a settlement agreement, subject to the Courts' approval. In sum, Defendants have agreed to pay Plaintiffs $27,000 in three installments. I have enclosed the proposed settlement agreement and stipulation of discontinuance. The first installment was already paid by Defendants and is being held in escrow by Plaintiffs' attorney. The second installment was delivered to my office by my client today. Accordingly, both parties now seek the Court's approval.

Please contact either of us if there are any comments or questions. We thank the Court for its consideration of the above.

Respectfully submitted,

The Kasen Law Firm, PLLC

s/ Justin L. Heiferman
Justin L. Heiferman

JLH:jk
cc:   Hon. Steven M. Gold  (via ECF)
      Law Office of Thomas D. Gearon, P.C.  (via e-mail)